UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL E. CLARK, )
               Plaintiff, )
vs. )
    ) No. 1:11-cv-01678-MJD-JMS
MICHAEL J. ASTRUE Commissioner of the )
Social Security Administration, )
               Defendant. )

## JUDGMENT

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Michael E. Clark was not entitled to Social Security Disability Insurance benefits and Social Security Supplemental Security Income Disability benefits based upon his application filed on May 24, 2006, is **AFFIRMED**.

Date: 01/25/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joseph W. Shull
jshull@joeshull.com

Jean C. Owen
LAW OFFICE OF JEAN C. OWEN
jeano@ssdla.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov